UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GATEWAY BANK, F.S.B.

               Plaintiff,              MEMORANDUM & ORDER
                                                 10-CV-334 (JS)(ETB)
     -against-

IDEAL MORTGAGE BANKERS,LTD., d/b/a LEND
AMERICA, and MICHAEL PRIMEAU

               Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:     Robert W. Ray
                    Colleen Elizabeth Parker
                    Nia J.C. Castelly
                    Pryor, Cashman LLP
                    7 Times Square
                    New York, NY 10036

For Defendants:    No appearances.

SEYBERT, District Judge:

       Pending before the Court is Magistrate Judge E. Thomas Boyle's Report & Recommendation ("R&R"), issued June 8, 2010. For the foregoing reasons, the Court ADOPTS this R&R in its entirety.

## BACKGROUND

       Plaintiff commenced this action on January 26, 2010, alleging breach of contract and fraudulent inducement. Defendants did not answer the Complaint or otherwise appear in this action. On March 9, 2010, Plaintiff moved for a default judgment. On March 18, 2010, the Court referred Plaintiff's

motion to Judge Boyle. Judge Boyle then proceeded to hold an inquest on April 26, 2010.

On June 8, Judge Boyle issued the R&R. Judge Boyle recommended that a default judgment be granted and that Plaintiff be awarded: (1) unpaid principal in the amount of $3,628,818.26; (2) interest in the amount of $138,600, plus additional interest in the amount of $630 per day through the date of judgment[1]; (3) late charges in the amount of $16,991.02 as of April 15, 2010, as well as additional late charges to be calculated at a rate of $2,249.50 per month through the date of judgment;[2] (4) post-judgment interest as calculated under 28 U.S.C. § 1961; (5) attorney's fees in the amount of $13,924; and (6) expenses in the amount of $1,762.52.

No party has objected to any portion of Judge Boyle's R&R.

---

[1] Sixty-five (65) have passed since Judge Boyle issued his R&R. Thus, as per Judge Boyle's R&R, Defendants owe an additional $40,950 in interest, for a current total of $179,550.

[2] The Promissory Note requires payment on the first of each month, and authorizes late charges if payment is not made "within 10 days after the due date." (Docket No. 14-1 at pp. 1-2). Judge Boyle calculated late charges only through April 15. In the four additional months (May-August), Defendants have incurred an additional $8,998 in late charges, for a current total of $25,989.02.

## DISCUSSION

In reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no timely objections have been made, the "court need only satisfy itself that there is no clear error on the face of the record." Urena v. New York, 160 F. Supp. 2d 606. 609-10 (S.D.N.Y. 2001) (internal quotations omitted).

Here, no party objected to Judge Boyle's R&R. And the Court finds his R&R to be correct, comprehensive, well-reasoned, and free of any clear error. Accordingly, the Court ADOPTS it in its entirety.

## CONCLUSION

Judge Boyle's R&R is ADOPTED in its entirety. Plaintiff is awarded a default judgment. Plaintiff is awarded damages in the following amounts:

(1) $3,628,818.26 in unpaid principal;

(2) $179,550 in unpaid interest;

(3) $25,989.02 in unpaid late charges;

(4) post-judgment interest under 28 U.S.C. § 1961;

(5) $13,924 in attorney's fees; and

(6) $1,762.52 in expenses.

The Clerk of the Court is directed to enter a Judgment consistent with this Order and dated August 12, 2010.

SO ORDERED.

           _____/s/_____
           Joanna Seybert, U.S.D.J.

Dated:    August 12, 2010
          Central Islip, New York